**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TRACEY ARMSTRONG,<br><br>    Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION,<br><br>    Respondent. | Case No. CV 16-09319 VBF (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On December 16, 2016, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. The Petition raised five grounds for federal habeas relief.

On December 22, 2016, the Court directed petitioner to file a First Amended Petition and Motion for Stay and Abeyance. The Court subsequently granted petitioner extensions of time on January 11, 2017, and on February 28, 2017. The second extension of time was granted after petitioner notified the Court that he had hired private counsel. As of this date, petitioner has not filed a First Amended Petition and Motion for Stay and Abeyance, nor has he requested a further extension of time. Petitioner's counsel has not communicated with the Court.

Accordingly, petitioner is ORDERED TO SHOW CAUSE within **thirty (30)** days of the date of this Order why the Court should not dismiss this Petition without prejudice for failure to prosecute. Petitioner or his counsel may discharge this Order by filing, within **thirty (30)** days of the date of this Order, either: (1) a First Amended Petition and Motion for Stay and Abeyance; or (2) a request for an extension of time supported by good cause.

Failure to timely comply with this Order will result in dismissal of this action without prejudice for failure to prosecute.

DATED: April 17, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE