UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-09319-VBF(SHK) | Date: | September 16, 2021 |
| Title: | *John Tracey Armstrong, Jr. v. Debbie Asuncion* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      On September 13, 2021, pursuant to the Court's previous order, Petitioner submitted a status report disclosing that "[o]n September 9, 2021, Mr. Armstrong's Murder conviction was vacated, and he was resentenced to the following: PC 211 (robbery) for five years, and PC 186.22(b) (gang enhancement) for ten years, for a total of 15 years." Electronic Case Filing Number ("ECF No.") 75 at 4.  In light of this status update, the parties are ordered to provide a notification to the Court by **September 30, 2021**, whether the stay in this matter should be lifted or, if the stay should remain in place, what is left to be done in the state courts to exhaust the relevant claims.  Also, if the issues raised in the Petition are resolved, Petitioner shall file the appropriate notice of dismissal by **September 30, 2021**.

      **IT IS SO ORDERED.**